Case 6:06-mj-00103-WMW   Document 7   Filed 11/14/06   Page 1 of 1

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

06 m j 103

UNITED STATES OF AMERICA

vs.

CASE/CITATION NO. 6-06-mj-0103

Anthony Chapman

**ORDER TO PAY** P0613439

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY          STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _____          _____
                                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(✓) Fine: $ ___1990.—___ and a penalty assessment of $ ___10.—___ for a TOTAL AMOUNT OF: $ ___2000.—___ within ___60___ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( )  Community Service _____ with fees not to exceed $ _____
      completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

| USDC | CLERK, USDC | CLERK, USDC |
|------|-------------|-------------|
| **CENTRAL VIOLATIONS BUREAU (SA)** | 1130 O STREET, RM 5000 | 501 "I" STREET |
| **POST OFFICE BOX 740026** | FRESNO, CA 93721 | SACRAMENTO, CA 95814-2322 |
| **ATLANTA, GA 30374-0026** | | |

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: Nov 14, 2006          _Jennifer Van Metti for William M. Wunderlich_
                              U.S. MAGISTRATE JUDGE

Clerk's Office

12 months probation
2 days custody with credit for
2 days served. —

EDCA-3